UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE KOLLY,

    Plaintiff,                                             Case No. 25-12579

v.                                                      HON. MARK A. GOLDSMITH

FREDEANE ARTIS,

    Defendant.
_____/

# **JUDGMENT**

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

                                                 KINIKIA ESSIX
                                                 CLERK OF THE COURT

                                   By:    s/Kourtney Collins
                                                  DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: November 26, 2025